# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| JEFFREY HARRISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-2404-JWL-GLR |
| | ) |
| FIRST HORIZON NATIONAL | ) |
| CORPORATION, *et al*., | ) |
| | ) |
| Defendants. | ) |

## ORDER APPROVING SETTLEMENT

Upon Plaintiff's Unopposed Motion for Approval of Settlement (doc. 25) and for the good cause shown, the parties' settlement of Plaintiff's individual Fair Labor Standard's Act claims, including the attorneys' fee award is hereby APPROVED.

It is hereby ORDERED that Defendants shall pay the Plaintiff and Plaintiff's counsel as provided in the settlement agreement within ten (10) business days of the date of this Order. After payments have been made, the parties shall promptly submit a joint stipulation dismissing this action with prejudice.

IT IS SO ORDERED.

Dated this 20th day of February, 2008, at Kansas City, Kansas.

s/ John W. lungstrum
John W. Lungstrum
United States District Judge